**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **GERARD GISCLAIR** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 05-833** |
| **LARRY GRIFFIN TOWING CO., ET AL.** | * | **SECTION "L"(1)** |

**JUDGMENT**

This matter came on before the Court for jury trial on March 27, 28, 29 and 30, 2006 as to the claims of Plaintiff, Gerard Gisclair. Now, therefore, considering the answers of the jury to the interrogatories propounded to them, all prior rulings in this matter, and the direction of the Court as to the entry of judgment, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there by judgment in favor of Plaintiff, Gerard Gisclair, and against Defendants, Larry Griffin Towing Co., Inc. and Drew Griffin, Inc., in the amount of Three Thousand Nine Hundred Sixty ($3,960.00) Dollars in maintenance payments, and in the amount of Twenty-Two Thousand Eight Hundred Thirty-Six and 98/100 ($22,836.98) Dollars in cure payments, plus legal interest from the date of judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Defendants, Larry Griffin Towing, Co., Inc. and Drew Griffin, Inc. and against Plaintiff, Gerard Gisclair, dismissing said Defendants with prejudice regarding Plaintiff's claims for negligence and unseaworthiness.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs.

New Orleans, Louisiana, this 5th day of June, 2006.

Eldon E. Fallon

UNITED STATES DISTRICT JUDGE